# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CLARENCE JACKSON,**

    **Petitioner,**

    **v.**

**JUDGE DANIEL J. STACK OF**
**MADISON COUNTY COURT,**
**STATE OF ILLINOIS, and**
**STATE OF ILLINOIS,**

    **Respondents.**               **No. 11-cv-455-DRH**

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This matter came before the Court on Clarence Jackson's petition for writ of habeas corpus.

    **IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on June 7, 2011, the petition is **DISMISSED** and this case is **DISMISSED** with prejudice.------------------------------------------------------------------------

                                      **NANCY J. ROSENSTENGEL,**
                                      **CLERK OF COURT**


                                **BY:**      **/s/*Sandy Pannier***
                                                **Deputy Clerk**

Dated: June 7, 2011

Digitally signed by David R. Herndon
Date: 2011.06.07 16:05:02 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT